IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RITA R. FISHER,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC
and LVNV FUNDING, LLC,

    Defendant.                                        Case No. 07-cv-653-DRH

## ORDER

**HERNDON, Chief Judge:**

This Order is to **ACKNOWLEDGE** the Stipulation of Dismissal (Doc. 9). Plaintiff states that she has reached a settlement with Defendants. Thus, as stated in the Stipulation, Plaintiff's claims in this matter against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 1st day of November, 2007.

                                                      /s/       DavidRHerndon
                                                      **Chief Judge**
                                                      **United States District Court**