IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RITA R. FISHER,**

    **Plaintiff,**

    **vs.**                                                  Cause No. 07-CV-653 DRH

**REDLINE RECOVERY SERVICES,
LLC, et al.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

                                                                                 **NORBERT G. JAWORSKI, CLERK**

November 2, 2007                                By:   s/Patricia Brown
                                                                     Deputy Clerk

APPROVED:  /s/      DavidRHerndon
                  **CHIEF JUDGE
                  U.S. DISTRICT JUDGE**